IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Sportbrain Holdings LLC**, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>**Lumo Bodytech, Inc.**,<br><br>Defendant. | No.: 1:16-cv-09201<br><br>Hon. Thomas M. Durkin |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by its undersigned counsel, hereby voluntarily dismisses its complaint, with prejudice, against Defendant Lumo Bodytech, Inc. Each party shall bear its own fees and costs.

Date: June 20, 2017              Respectfully submitted,

                                 /s/ Kenneth Matuszewski
                                 Counsel for Plaintiff

Kenneth Matuszewski
Rabicoff Law LLC
73 W Monroe
Chicago, IL 60603
708-870-5803
kenneth@rabilaw.com

## CERTIFICATE OF SERVICE

    Please take notice that on June 20, 2017, we electronically filed with the United States District Court for the Northern District of Illinois, the above Notice. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

          /s/ Kenneth Matuszewski
          Counsel for Plaintiff